# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gorman, Mary P. | Central District of Illinois | 05/10/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

600 East Monroe St. #235
Springfield, Illinois
62701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | ▨ Trust #1. Brother-in-law is settlor. Sole benficiaries are my sister, nieces and nephews. |
| 2. | Trustee | ▨ Trust #2. Brother -in-law is settlor. Sole beneficiairies are my sister, nieces and nephews. |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gorman, Mary P.** | 05/10/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gorman, Mary P.** | 05/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gorman, Mary P.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Trust #1- checking account at JP Morgan Chase | | None | J | T | | | | | |
| 2.   Trust #2 - checking account at JP Morgan Chase | | None | J | T | | | | | |
| 3.   Trust #1- whole life policy with Gen. Amer. Life | A | Dividend | K | T | | | | | |
| 4.   Trust #2 - whole life policy with Gen. Amer. Life | A | Dividend | O | T | | | | | |
| 5.   Whole life policy with Northwestern Mutual Life Ins. | A | Dividend | K | T | | | | | |
| 6.   AMG Funds Timessquare Mid Cap Gr. | C | Dividend | K | T | Sold (part) | 08/06/20 | J | A | |
| 7.   American Funds Euro Pac.Growth Fd. | A | Dividend | K | T | | | | | |
| 8.   Artisan Partners Fds. Small Cap Fd. | A | Dividend | K | T | Sold (part) | 08/06/20 | J | A | |
| 9.   Baird Funds-AGS BondFund | A | Dividend | K | T | Buy | 02/24/20 | K | | |
| 10. | | | | | Sold (part) | 10/13/20 | J | A | |
| 11.  BlackrockGlobal Alloc. Instit. | B | Dividend | K | T | Sold (part) | 10/13/20 | J | A | |
| 12.  Delaware Group Equity FDS II Value Fd. | B | Dividend | K | T | Buy (add'l) | 06/16/20 | K | | |
| 13. | | | | | Buy (add'l) | 08/06/20 | J | | |
| 14.  BNY Mellon Fds Dynamic Total Return (Dreyfus)(name change) | | None | | | Sold | 02/24/20 | K | A | |
| 15.  Fidelity Advisor Strategic Income Fd. | A | Dividend | J | T | Sold (part) | 10/13/20 | J | A | |
| 16.  Fidelity 500 Index Fund | A | Dividend | K | T | | | | | |
| 17.  First Eagle Funds Global Fd. | A | Dividend | K | T | Buy (add'l) | 04/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gorman, Mary P.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 10/13/20 | J | | |
| 19. Forward Funds Tactical Growth Fund | A | Dividend | J | T | Sold (part) | 10/13/20 | J | | |
| 20. Goldman Sachs Finl Square Treas. Instrs. Fd. | A | Dividend | J | T | Sold (part) | 01/10/20 | J | A | |
| 21. | | | | | Buy (add'l) | 02/25/20 | J | | |
| 22. | | | | | Sold (part) | 04/09/20 | J | A | |
| 23. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 24. | | | | | Buy (add'l) | 05/19/20 | J | | |
| 25. | | | | | Sold (part) | 07/10/20 | J | A | |
| 26. | | | | | Buy (add'l) | 08/06/20 | J | | |
| 27. | | | | | Sold (part) | 10/09/20 | J | A | |
| 28. | | | | | Buy (add'l) | 10/13/20 | J | | |
| 29. | | | | | Buy (add'l) | 10/14/20 | J | | |
| 30. Harbor Cap. Apprec. Fd. | C | Dividend | K | T | Sold (part) | 07/10/20 | J | A | |
| 31. | | | | | Sold (part) | 08/06/20 | J | C | |
| 32. Hartford Mut. Funds FDS- Midcap Funds | B | Dividend | K | T | Sold (part) | 05/08/20 | L | C | |
| 33. Hartford Mut Funds - Cap. Apprec. Fund | A | Dividend | L | T | Buy | 04/16/20 | L | | |
| 34. | | | | | Buy (add'l) | 04/17/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gorman, Mary P.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  Jensen Portfolio Income | C | Dividend | K | T | Buy<br>(add'l) | 02/24/20 | J | | |
| 36. | | | | | Sold<br>(part) | 04/16/20 | J | A | |
| 37. | | | | | Buy<br>(add'l) | 05/18/20 | J | | |
| 38. | | | | | Buy<br>(add'l) | 06/16/20 | J | | |
| 39. | | | | | Buy<br>(add'l) | 06/17/20 | J | | |
| 40. | | | | | Buy<br>(add'l) | 08/06/20 | J | | |
| 41. | | | | | Buy<br>(add'l) | 10/13/20 | J | | |
| 42.  John Hancock Classic Value Fund | | None | | | Sold | 06/16/20 | J | B | |
| 43.  John Hancok Funds Absolute Return<br>Currency | | None | | | Sold | 02/24/20 | J | A | |
| 44.  John Hancock Funds III Disciplined Value<br>Cap Fd | A | Dividend | | | Sold | 04/16/20 | J | A | |
| 45. | | | K | T | Buy | 05/18/20 | J | | |
| 46. | | | | | Buy<br>(add'l) | 08/06/20 | J | | |
| 47.  JP Mprgan Tr. I US Equity Fund | A | Dividend | | | Sold | 06/16/20 | J | C | |
| 48.  JP Mprgan Tr.1 Global Alloc. Fund | A | Dividend | K | T | Buy | 02/24/20 | K | | |
| 49. | | | | | Buy<br>(add'l) | 10/13/20 | J | | |
| 50.  JP Morgan Chase - bank account | | None | M | T | | | | | |
| 51.  JP Morgan Chase- bank account | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gorman, Mary P.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Lazard Funds - US Equity | A | Dividend | J | T | Buy | 02/24/20 | J | | |
| 53. | | | | | Buy<br>(add'l) | 10/13/20 | J | | |
| 54. LoCorr Invt. Trust Macro Strategies Fund | A | Dividend | J | T | | | | | |
| 55. Mainstay Large Cap Growth Fd Cl. I | B | Dividend | K | T | | | | | |
| 56. Meridian FD Inc. Sm Cap Growth Fds | A | Dividend | K | T | | | | | |
| 57. Metropolitan West Funds Total Return Bond Fund | B | Dividend | K | T | Buy<br>(add'l) | 10/13/20 | J | | |
| 58. MFS Ser. TR III Municipal High Inc. Fund CL I | A | Dividend | J | T | Buy<br>(add'l) | 08/06/20 | J | | |
| 59. MFS Ser. TR X Emerging Mkts Class I | A | Dividend | J | T | Buy<br>(add'l) | 08/06/20 | J | | |
| 60. MFS Ser. Tr.I Value Fund | A | Dividend | K | T | | | | | |
| 61. Natixis Fds. - Alpha Simplex (Managed Futures) | A | Dividend | J | T | Sold<br>(part) | 02/24/20 | J | B | |
| 62. Invesco Oppenheimer Dev. Mkts Fd. (name change) | A | Dividend | K | T | Sold<br>(part) | 08/06/20 | J | A | |
| 63. InvescoOppenheimer Global Fund (name change) | A | Dividend | J | T | Sold<br>(part) | 01/02/20 | J | A | |
| 64. | | | | | Sold<br>(part) | 10/13/20 | J | A | |
| 65. Pimco All Asset Fund | A | Dividend | K | T | Sold<br>(part) | 05/18/20 | L | B | |
| 66. | | | | | Buy<br>(add'l) | 10/13/20 | J | | |
| 67. Pimco Funds Pacific Investment | A | Dividend | J | T | Buy<br>(add'l) | 04/16/20 | L | | |
| 68. Principal Funds High Yield Fd. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gorman, Mary P.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   Putnam Absolute Return | | None | | | Sold | 02/24/20 | J | B | |
| 70.   Russell Invt. Co Emerging Mkts. Fd | A | Dividend | | | Sold | 04/16/20 | K | A | |
| 71. | | | L | T | Buy | 05/18/20 | K | | |
| 72. | | | | | Buy<br>(add'l) | 05/19/20 | J | | |
| 73.   Russell Invt. Co. Developed Mkts Fd. | A | Dividend | | | Sold | 04/16/20 | L | A | |
| 74. | | | L | T | Buy | 05/18/20 | L | | |
| 75.   Russell Invt. Co. Strategic Bond Fd. | A | Dividend | K | T | | | | | |
| 76.   Russell Invt. Co. US Small Cap Equity Fd. | A | Dividend | | | Sold | 04/16/20 | K | A | |
| 77. | | | L | T | Buy | 05/18/20 | L | | |
| 78.   Russell Invt. Co. US Strat. Equity Fd. | A | Dividend | | | Sold | 04/16/20 | M | A | |
| 79. | | | M | T | Buy | 05/18/20 | L | | |
| 80. | | | | | Buy<br>(add'l) | 05/19/20 | J | | |
| 81.   Russell Multi Asset Growth Strategy Fd. | A | Dividend | L | T | Buy | 05/18/20 | L | | |
| 82. | | | | | Buy<br>(add'l) | 05/19/20 | J | | |
| 83.   T. Rowe Price IntrnlFund-Overseas Stock | A | Dividend | | | Sold | 04/16/20 | K | A | |
| 84. | | | K | T | Buy | 05/18/20 | J | | |
| 85. | | | | | Buy<br>(add'l) | 08/06/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gorman, Mary P.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. T. Rowe Price Summit Mun. Fds. | A | Dividend | J | T | Buy (add'l) | 08/06/20 | J | | |
| 87. Thornburg Inv. Tr. Global Opportunities Fund | A | Dividend | | | Sold | 02/24/20 | J | A | |
| 88. Tributary Fds. Sm Co. Fund | A | Dividend | | | Sold | 04/16/20 | J | A | |
| 89. | | | J | T | Buy | 05/18/20 | J | | |
| 90. | | | | | Buy (add'l) | 05/19/20 | J | | |
| 91. | | | | | Buy (add'l) | 08/06/20 | J | | |
| 92. Undiscovered Managers Behavioral Value Fund | A | Dividend | K | T | | | | | |
| 93. Victory Portfolios Small Co Opportunity Fd. | A | Dividend | | | Sold | 04/16/20 | K | A | |
| 94. | | | K | T | Buy | 05/19/20 | K | | |
| 95. | | | | | Buy (add'l) | 08/06/20 | J | | |
| 96. Virtus Emerging Mkts Opp. Ff n/k/a Virtus Opportunities | A | Dividend | K | T | | | | | |
| 97. Wells Fargo Fds. Emerging Mkts Equity Fund | A | Dividend | K | T | Sold (part) | 08/06/20 | J | A | |
| 98. Wells Fargo Global Sm Cap | A | Dividend | K | T | Buy (add'l) | 10/13/20 | J | | |
| 99. Wells Fargo Funds Spec. Mid Cap Value | A | Dividend | K | T | | | | | |
| 100. Wells Fargo Absolute Return Fund | B | Dividend | L | T | Sold (part) | 02/25/20 | J | A | |
| 101. | | | | | Sold (part) | 10/13/20 | K | B | |
| 102. American Funds Int.Gr. & Inc. Fund | | None | | | Buy | 04/16/20 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 05/18/20 | L | B | |
| 104. Fundamental Invs. Inc. | | None | | | Buy | 04/16/20 | L | | |
| 105. | | | | | Buy (add'l) | 04/17/20 | K | | |
| 106. | | | | | Sold | 05/18/20 | M | C | |
| 107. Lazard Fund-Emerging Mkts. | | None | | | Buy | 04/16/20 | K | | |
| 108. | | | | | Buy (add'l) | 04/17/20 | J | | |
| 109. | | | | | Sold | 05/18/20 | K | B | |
| 110. Royce Premier Fund | | None | | | Buy | 04/16/20 | L | | |
| 111. | | | | | Sold | 05/18/20 | L | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gorman, Mary P.** | 05/10/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary P. Gorman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544